# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| UNITED STATES OF AMERICA | CASE NO. 3: 08-CR-00216-005(DRD) |
|---|---|
| v. | |
| CHARBEL VAZQUEZ-RIJOS | USM # 42216-069 |

## JUDGMENT OF DISMISSAL

Defendant CHARBEL VAZQUEZ-RIJOS has been charged with the offense(s) of: 18:1623(a) PERJURY BEFORE GRAND JURY (5).

It is hereby ORDERED and ADJUDGED that the case against this defendant be DISMISSED for the reason set forth below:

[✓] The Court has granted the motion of the government for dismissal with prejudice, , pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

[ ] The Court has dismissed the charges without prejudice, for unnecessary delay, pursuant to Rule 48(b) of the Federal Rules of Criminal Procedure.

[ ] The Court has dismissed the charges **without prejudice**, as defendant remains fugitive.

[ ] The Court has dismissed the charges due to defendant's death.

IT IS SO ORDERED.

In San Juan, Puerto Rico, on March 25, 2022.

S/ Daniel R. Dominguez
United States District Judge